Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−81725

IN THE MATTER OF:
Sharon Kay Dozier     xxx−xx−8013
11381−100 Involute Place
Apt. 18−100
Raleigh, NC 27617

    Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 9/30/09 , and Pursuant to Bankruptcy Rule 1007, the following document(s) named below must be filed within **fifteen (15) days** from the date the petition was filed.

**Missing Documents(s):**
_____
Notice of Crd & Pro Pln due 10/15/2009

**Date: 10/2/09**                                                                                     **OFFICE OF THE CLERK/ tls**