Form 154

# UNITED STATES BANKRUPTCY COURT

Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−81725

IN THE MATTER OF:
Sharon Kay Dozier      xxx−xx−8013
11381−100 Involute Place
Apt. 18−100
Raleigh, NC 27617

   Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom − Venable Center, Dibrell Building − Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 1/21/10 at 11:00 AM

to consider and act upon the following:

Motion for Relief From Stay, Motion for Adequate Protection regarding 107 Hidden Springs Dr., Durham, NC. Filed by Creditor Chase Home Finance, LLC by and through Sean M Corcoran.

Dated: 1/6/10                                                                                                          OFFICE OF THE CLERK/ pjb

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.