## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

IN THE MATTER OF:              )          No. B-09-81725  C-13D

Sharon K. Dozier              )

                                )

                                )

        Debtor(s)             )

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

On January 21, 2010, a hearing was held on Motion by Chase Home Finance, LLC, ("Movant") pursuant to 11 U.S.C. §362 to modify the automatic stay entered in this case to permit the Movant to foreclose upon its lien and security instrument on the Debtor's property known as 107 Hidden Springs Dr., Durham, NC ("the real property"). At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee and stated to the Court that the Debtor's proposed plan provides for the release of the real property.  The Court, after considering the Motion and having heard and considered the statements of the attorney for the Trustee, finds that the interests of the Movant are not adequately protected and that the Motion should be granted; therefore, by and with the consent of the parties, it is ORDERED:

1.  The Motion of the Movant for relief from the automatic stay pursuant to 11 U.S.C. §362 is granted.

2.  The automatic stay is modified to permit the Movant and any junior lienholders to foreclose upon the real property.

3.  Any surplus equity above and beyond valid liens derived from the sale of the real property shall be paid to the Standing Trustee for application to the Debtor's plan.

4.  The Movant and any junior lienholders shall have 180 days from the entry date of the Confirmation Order within which to file documented deficiency claims for any deficiency realized from the sale of the real property and failure to file the documented deficiency claims within said time will result in the release of the real property being in full satisfaction of the indebtedness due the Movant and any junior lienholders and the Debtor's liability.

5.  The stay of this Order under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable.

Sharon K. Dozier
11381 Involute Pl., Bldg, 18 #100
Raleigh, NC  27617

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Sean M. Corcoran, Esq.
5121 Parkway Plaza Blvd., Ste. 300
Charlotte, NC 28217