C-13-16(FTP)
(Rev. 6/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-81725  C-13D |
| Sharon K. Dozier | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

On January 21, 2010, a hearing was held on Motion by Chase Home Finance, LLC, ("Movant") pursuant to 11 U.S.C. §362 to modify the automatic stay entered in this case to permit the Movant to foreclose upon its lien and security instrument on the Debtor's property known as 107 Hidden Springs Dr., Durham, NC ("the real property"). At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee and stated to the Court that the Debtor's proposed plan provides for the release of the real property. The Court, after considering the Motion and having heard and considered the statements of the attorney for the Trustee, finds that the interests of the Movant are not adequately protected and that the Motion should be granted; therefore, by and with the consent of the parties, it is ORDERED:

1. The Motion of the Movant for relief from the automatic stay pursuant to 11 U.S.C. §362 is granted.

2. The automatic stay is modified to permit the Movant and any junior lienholders to foreclose upon the real property.

3. Any surplus equity above and beyond valid liens derived from the sale of the real property shall be paid to the Standing Trustee for application to the Debtor's plan.

4. The Movant and any junior lienholders shall have 180 days from the entry date of the Confirmation Order within which to file documented deficiency claims for any deficiency realized from the sale of the real property and failure to file the documented deficiency claims within said time will result in the release of the real property being in full satisfaction of the indebtedness due the Movant and any junior lienholders and the Debtor's liability.

5. The stay of this Order under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable.

January 28, 2010

*Catharine R. Carruthers*
UNITED STATES BANKRUPTCY JUDGE

**PARTIES IN INTEREST**
**Page 1 of 1**
**09-81725 C-13D**

Sharon K. Dozier
11381 Involute Pl., Bldg, 18 #100
Raleigh, NC  27617

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Sean M. Corcoran, Esq.
5121 Parkway Plaza Blvd., Ste. 300
Charlotte, NC 28217

# CERTIFICATE OF NOTICE

```
District/off: 0418-1           User: bryant              Page 1 of 1           Date Rcvd: Jan 28, 2010
Case: 09-81725                 Form ID: pdf014           Total Noticed: 2
```

The following entities were noticed by first class mail on Jan 30, 2010.
```
db            Sharon Kay Dozier,   11381-100 Involute Place,   Apt. 18-100,   Raleigh, NC  27617
aty          +Sean Michael Corcoran,   Brock and Scott, PLLC,   Suite 300,   5121 Parkway Plaza Blvd.,
               Charlotte, NC 28217-1965
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 30, 2010**                          Signature:  _Joseph Speetjens_