C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: ) No. B-09-81725 C-13D
Sharon K. Dozier )
)
)
Debtor(s) )

### ORDER OVERRULING OBJECTION TO CONFIRMATION

On Fevruary 18, 2010, a hearing was held on Objection by the Standing Trustee to the proposed Confirmation Order in this case. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee and stated to the Court that all matters in controversy had been settled. The Court, after considering the Objection and having heard and considered the statements of the attorney for the Trustee, finds that the Debtor's proposed plan should be confirmed in accordance with the provisions of 11 U.S.C. §1325; therefore, by and with the consent of the parties, it is

ORDERED that the Objection by the Trustee to confirmation of the Debtor's proposed plan is overruled and the Debtor's proposed plan is confirmed pursuant to the provisions of a separate Order of this Court.

**PARTIES IN INTEREST**
**Page 1 of 1**
**09-81725 C-13D**

Sharon K. Dozier
11381-100 Involute Place
Raleigh, NC  27617

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702