C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: ) No. B-09-81725 C-13D
Sharon K. Dozier )
)
Debtor(s) )

## ORDER GRANTING MODIFICATION OF PLAN

On June 21, 2011, a hearing was held on Motion by the Debtor to modify her Chapter 13 plan pursuant to 11 U.S.C. §1329. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtor, and Richard M. Hutson II, Standing Trustee appeared. No other party appeared or objected to the Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that there is sufficient evidence of a substantial change in the Debtor's circumstances and that the modification complies with the provisions of 11 U.S.C. §1325; therefore, it is ORDERED:

1. The Motion, as amended in open Court, by the Debtor pursuant to 11 U.S.C. §1329 is granted.

2. The Debtor shall resume plan payments scheduled at $286.00 per month beginning June, 2011. Beginning August, 2011, plan payments shall be increased to an amount to be determined by the Trustee that will pay all secured and priority claims in full and a 100% dividend to general unsecured creditors in this case, and the Trustee shall amend the Debtor's plan pursuant to 11 U.S.C. §1329 accordingly.

3. Any default in payments prior to June, 2011, under the plan is waived and the plan shall be extended to the term necessary to pay the delinquent amount.

4. John T. Orcutt, Esq. is allowed the presumptive fee of $250.00 for services rendered in the filing of this Motion which shall be paid through the Debtor's plan.

**PARTIES IN INTEREST**
**Page 1 of 1**
**09-81725 C-13D**

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**