UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT NORTH CAROLINA

In re: )
 )
    DOZIER; SHARON KAY ) Chapter: 13
 ) Case No: 0981725
    Debtor(s) )
 )

Account Number: ************9817

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC, by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 4, filed on or about 12/5/2009, in the amount of $999.95.


By: /s/ Carol E. Hardy
    Carol E. Hardy, VP Bankruptcy
    PRA Receivables Management, LLC.
    POB 41067
    Norfolk, VA 23541