C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: ) | No. | B-09-81725    C-13D |
| Sharon K. Dozier ) | | |
| ) | | |
| ) | | |
| Debtors ) | | |

### ORDER

    This matter coming before the Court upon the Motion of Richard M. Hutson II, Trustee for the above-referenced Debtor to increase plan payments in order for the case to be completed within 60 months as required by 11 U.S.C. §1322(d), and there being no filed objection to the Motion within the time period set forth in the Notice issued on August 22, 2011, by the Clerk of Court setting September 22, 2011, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

    ORDERED that the Debtor's plan is modified to provide for plan payments of $362.00 per month effective with the plan payment due for October, 2011.

# PARTIES IN INTEREST
## Page 1 of 1
## 09-81725 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**